IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JULIUS HARRELL,                )
                               )
    Plaintiff,                 )
                               )
v.                             )    CASE NO. CV413-96
                               )
SERGEANT HARRIS, CO II BADE,   )
DEPUTY WARDEN SINKFORD, DR.    )
WEILEMAN, DR. MOORMAN, DR.     )
AWE, and GEORGIA DEPARTMENT OF )
CORRECTIONS,                   )
                               )
    Defendants.                )
                               )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which objections have been filed (Doc. 8). After careful consideration, however, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's claims are hereby **DISMISSED**. All other pending motions in this case are hereby **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of May 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA