# United States District Court
## *Southern District of Georgia*

Julius Harrell,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-96,

Sergeant Harris, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 5/12/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case.

5/12/15
Date

